AARON B. COHU, as Executor, etc., Respondent, *v.* JOSEPH HUSSON, Appellant.

(Argued October 21, 1889.)

APPEAL from so much of order of the General Term of the Superior Court of the city of New York, made June 4, 1889, as allowed plaintiff to appeal from a judgment to said General Term upon payment of certain costs.

*Edward P. Wilder* for appellant.

*Abram Kling* for respondent.

Dismissed on argument.

---

JOHN GOOD, Respondent, *v.* WILLIAM S. DALAND et al., Appellants.

(Argued October 8, 1889; decided October 29, 1889.)

MOTION to dismiss appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made June 28, 1889, which affirmed a judgment of the Special Term overruling separate demurrers of the defendants to the complaint.

*Calvin Frost* for motion.

*Albert G. MacDonald* opposed.

Agree to grant motion ; no opinion.
All concur.
Appeal dismissed.